```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION
```

DAVID A. ARMSTRONG,

        Plaintiff,

v.                           Case No. 8:14-cv-1270-T-33MAP

DOHERTY FLORIDA NORTH
PORT, LLC,

        Defendant.
_____/

**ORDER**

This matter is before the Court *sua sponte*. On May 29, 2014, Defendant Doherty Florida North Port, LLC, removed this Family and Medical Leave Act and Florida Workers' Compensation Retaliation action from the Twelfth Judicial Circuit in and for Sarasota County, Florida. (Doc. # 1). As discussed below, the Court remands the Workers' Compensation Retaliation claim for lack of subject matter jurisdiction.

**Discussion**

Federal law prohibits the removal of certain types of actions by designating them as non-removable. 28 U.S.C. § 1445. In particular, civil actions brought in state court "arising under the workmen's compensation laws of such State may not be removed to any district court of the United States." 28 U.S.C. § 1445(c). The Eleventh Circuit has held that retaliation claims brought under Chapter 440.205 of

Florida's Workers' Compensation laws fall within the ambit of 28 U.S.C. § 1445(c) and that such removed claims must be remanded for lack of subject matter jurisdiction. See Reed v. Heil Co., 206 F.3d 1055, 1061 (11th Cir. 2000)(remanding workers' compensation retaliation claim for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1445(c)). Alansari v. Tropic Star Seafood, Inc., 388 F. App'x 902, 906 (11th Cir. 2010)("because the district court lacks subject-matter jurisdiction over Alansari's state workers' compensation retaliation claim, we conclude that it erred in refusing to remand the claim to state court.").

This Court lacks subject matter jurisdiction over the Florida Workers' Compensation-related claim asserted in count three of the Amended Complaint and the Court remands such claim to state court.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Court *sua sponte* remands Plaintiff's Workers' Compensation Retaliation claim, asserted in count three of the Amended Complaint, for lack of subject matter jurisdiction.

(2) The Clerk is directed to remand count three of the Amended Complaint to state court.

2

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>30th</u> day of May, 2014.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of Record